# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **THERESA BRADLEY,** | : | |
| | : | |
| Plaintiff, | : | **CIVIL ACTION FILE NO.** |
| | : | **1:17-cv-1825-TWT** |
| v. | : | |
| | : | |
| **DANIEL PAPP; KEN HARMON;** | : | [Magistrate Judge Baverman] |
| **RON KROGER;** | : | |
| **RONNY RICHARDSON; and** | : | |
| **DONALD T. ARIAL,** | : | |
| *in their individual and official* | : | |
| *capacities*, | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES MAGISTRATE JUDGE'S
## FINAL REPORT AND RECOMMENDATION

On June 2, 2017, Plaintiff, proceeding *pro se*, filed what purported to be an amended application for leave to proceed *in forma pauperis* ("IFP") and an amended complaint, which were submitted to the undersigned on June 5, 2017. [Docs. 4]. By order dated June 7, 2017, the Court directed Plaintiff to file a further amended IFP motion or pay the filing fee within fourteen (14) days from entry of the order. [Doc. 5 at 2]. As of the date of this Order and despite the passage of almost four months, Plaintiff has not filed an amended IFP application or paid the filing fee, or moved to extend the time to comply with the Court's earlier order. (*See* Dkt.).

A party must pay the filing fee or obtain permission to proceed IFP before the Clerk of the Court can file a civil action. *See* N.D. Ga. R. 3.2; 28 U.S.C. § 1914(a), (c). If the party does not pay the filing fee, the civil action is not filed, but is merely marked "received." N.D. Ga. R. 3.2B.

Federal Rule of Civil Procedure 41(b) authorizes dismissal of a complaint for failure to prosecute or failure to comply with a court order or the federal rules. *See* Fed. R. Civ. P. 41(b); *Gratton v. Great American Communications*, 178 F.3d 1373, 1374-75 (11th Cir. 1999); *World Thrust Films, Inc. v. International Family Entertainment, Inc.*, 41 F.3d 1454, 1456 (11th Cir. 1995); *Kilgo v. Ricks*, 983 F.2d 189, 192 (11th Cir. 1993); *Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985); *see also* LR 41.3(A)(2), NDGa (authorizing dismissal where plaintiff fails to obey a lawful order of the court). Plaintiff has failed to comply with the Court's June 2, 2017, order and has not sought leave to extend the time to comply with the order.

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) and LR 41.3(A)(2).

The Clerk is **DIRECTED** to terminate the reference to the undersigned.

AO 72A
(Rev.8/82)

**IT IS SO RECOMMENDED and DIRECTED**, this the 6th day of November, 2017.

_____
ALAN J. BAVERMAN
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)